Reset Form

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

In re: German Automotive Manufacturers Antitrust Litigation )
     Plaintiff(s), )
  v. )
     Defendant(s). )

Case No: 3:17-MD-2796

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE** ORDER
(CIVIL LOCAL RULE 11-3)

I, Jayne A. Goldstein, an active member in good standing of the bar of Florida, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Plaintiff, Jacqueline Kebart in the above-entitled action. My local co-counsel in this case is See PTO No. 2, Paragraph 4, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| My address of record: | Local co-counsel's address of record: |
|---|---|
| Shepherd, Finkelman, Miller & Shah, LLP<br>1625 North Commerce Parkway, Suite 320<br>Fort Lauderdale, FL  33326 | N/A; See PTO No. 2, Paragraph 4 (ECF #27) |
| My telephone # of record:<br>954/515-0123 | Local co-counsel's telephone # of record: |
| My email address of record:<br>jgoldstein@sfmslaw.com | Local co-counsel's email address of record: |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 144088.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct*.

Dated:  11/16/17                                      Jayne A. Goldstein
                                                                      APPLICANT

## ORDER GRANTING APPLICATION
## FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Jayne A. Goldstein is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: November 21, 2017

UNITED STATES DISTRICT/MAGISTRATE JUDGE