Reset Form

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

In re: German Automotive Manufacturers Antitrust Litigation )
　　　　　　　　　　　　　　　　　　　　　　　　　　　 )  Case No: 3:17-MD-2796
　　　　　　　　　　　　Plaintiff(s),　　　　　　　　　　 )
　　　v.　　　　　　　　　　　　　　　　　　　　　　　　 )  **APPLICATION FOR**
　　　　　　　　　　　　　　　　　　　　　　　　　　　　 )  **ADMISSION OF ATTORNEY**
　　　　　　　　　　　　　　　　　　　　　　　　　　　　 )  **PRO HAC VICE** ORDER
　　　　　　　　　　　　　　　　　　　　　　　　　　　　 )  (CIVIL LOCAL RULE 11-3)
　　　　　　　　　　　　Defendant(s).　　　　　　　　　　 )

I, Natalie Finkelman Bennett, an active member in good standing of the bar of Pennsylvania, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Plaintiff, Jacqueline Kebart in the above-entitled action. My local co-counsel in this case is See PTO No. 2, Paragraph 4, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD:<br>Shepherd, Finkelman, Miller & Shah, LLP<br>35 E. State Street<br>Media, PA 19063 | LOCAL CO-COUNSEL'S ADDRESS OF RECORD:<br>N/A; See PTO No. 2, Paragraph 4 (ECF #27) |
|---|---|
| MY TELEPHONE # OF RECORD:<br>610/891-9880 | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: |
| MY EMAIL ADDRESS OF RECORD:<br>nfinkelman@sfmslaw.com | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 57197

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: 11/16/17

　　　　　　　　　　　　　　　　　　　　　　　Natalie Finkelman Bennett
　　　　　　　　　　　　　　　　　　　　　　　　　　APPLICANT

## ORDER GRANTING APPLICATION
## FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Natalie Finkelman Bennett is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: November 21, 2017

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　_[signature]_
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT/MAGISTRATE JUDGE