Reset Form

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

In Re: German Automotive Manufacturers Antitrust Litigation

            Plaintiff(s),

v.

            Defendant(s).

Case No: 3:17:md-02796-CRB

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE** ORDER
(CIVIL LOCAL RULE 11-3)

I, Steven A. Hart, an active member in good standing of the bar of Illinois, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Plaintiffs Glen Reder and Lonny Gold in the above-entitled action. My local co-counsel in this case is Bruce L. Simon, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| 121 W. Wacker Drive, Suite 1050<br>Chicago, Illinois  60601 | 44 Montgomery Street, Suite 2450<br>San Francisco, CA  94104 |
| MY TELEPHONE # OF RECORD:<br>(312) 955-0545 | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD:<br>(415) 433-9000 |
| MY EMAIL ADDRESS OF RECORD:<br>shart@hmelegal.com | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD:<br>bsimon@pswlaw.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 6211008.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct*.

Dated: 11/14/17

                                                              Steven A. Hart
                                                              APPLICANT

## ORDER GRANTING APPLICATION
## FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Steven A. Hart is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: November 21, 2017

                                               UNITED STATES DISTRICT/MAGISTRATE JUDGE