Reset Form

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

IN RE: GERMAN AUTOMOTIVE MANUFACTURERS ANTITRUST LITIGATION            Plaintiff(s),

v.

Defendant(s).

Case No: 17-MD-2796

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE ：ORDER**
(CIVIL LOCAL RULE 11-3)

I, Michael M. Buchman, an active member in good standing of the bar of New York, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Maria C. Paterno and Elizabeth Gumb in the above-entitled action. My local co-counsel in this case is waived for MDL 2796, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD:<br>Motley Rice LLC<br>600 Third Avenue, 2101, New York, NY 10016 | LOCAL CO-COUNSEL'S ADDRESS OF RECORD:<br>waived for MDL 2796 |
|---|---|
| MY TELEPHONE # OF RECORD:<br>(212) 577-0050 | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD:<br>waived for MDL 2796 |
| MY EMAIL ADDRESS OF RECORD:<br>mbuchman@motleyrice.com | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD:<br>waived for MDL 2796 |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 2540219.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct*.

Dated: 11/20/17

Michael M. Buchman
APPLICANT

# ORDER GRANTING APPLICATION
# FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Michael M. Buchman is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: November 21, 2017

UNITED STATES DISTRICT/MAGISTRATE JUDGE