1 | Kimberly Arouh (SBN 163285)
kimberly.arouh@bipc.com
2 | BUCHANAN INGERSOLL & ROONEY LLP
600 West Broadway, Suite 1100
3 | San Diego, CA 92101
Telephone:   619 239 8700
4 | Fax:             619 702 3898

5 | Christopher J. Dalton
christopher.dalton@bipc.com
6 | BUCHANAN INGERSOLL & ROONEY PC
550 Broad Street, Suite 810
7 | Newark, New Jersey 07102
Telephone:   973 273 9800
8 | Fax:             973 273 9430

9 | Stephen Carey Villeneuve
carey.villeneuve@bipc.com
10 | BUCHANAN INGERSOLL & ROONEY PC
401 East Las Olas Boulevard, Suite 2250
11 | Ft. Lauderdale, FL 33301
Telephone:   954-703-3901
12 | Fax:             954-527-9915

13 | Attorneys for Defendant
BMW of North America, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: GERMAN AUTOMOTIVE MANUFACTURERS ANTITRUST LITIGATION | MDL No. 2796 CRB<br><br>Individual Case Nos. 3:17-cv-04314-CRB; 3:17-cv-04320-CRB; 3:17-cv-05789-CRB; 3:17-cv-06040-CRB; 3:17-cv-06073-CRB |
| This Document Relates to:<br><br>(1) *Burton et al. v. BMW AG et al.*, No. 3:17-cv-04314-CRB;<br>(2) *Briscoe v. Bayerische Motoren Werke AG et al.*, No. 3:17-cv-04320-CRB;<br>(3) *Barrera v. BMW North America, LLC et al.*, No. 3:17-cv-05789-CRB;<br>(4) *Summer et al. v. Volkswagen AG et al.*, No. 3:17-cv-06040-CRB;<br>(5) *Cordover et al. v. BMW AG et al.*, No. 3:17-cv-06073-CRB; | **NOTICE OF WITHDRAWAL AND [PROPOSED] ORDER** |

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that pursuant to Civil Local Rules 5-1(c)(2)(E) and 11-5, Buchanan Ingersoll & Rooney PC and Buchanan Ingersoll & Rooney LLP is withdrawing as counsel for BMW of North America, LLC.  BMW of North America, LLC respectfully requests that the Clerk of the Court note this withdrawal and remove all Buchanan Ingersoll & Rooney PC and Buchanan Ingersoll & Rooney LLP attorneys from the ECF service lists in the above-captioned matters.  Latham & Watkins LLP will continue to represent BMW of North America, LLC in the above-captioned matters.

DATED: November 21, 2017                    BUCHANAN INGERSOLL & ROONEY LLP

                                            By:   */s/ Kimberly Arouh*
                                                  KIMBERLY AROUH
                                                  Attorneys for Defendant
                                                  BMW of North America, LLC

**IT IS SO ORDERED.**

DATED: _____          _____
                                   Hon. Charles R. Breyer
                                   United States District Judge