UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: GERMAN AUTOMOTIVE MANUFACTURERS ANTITRUST LITIGATION<br><br>This Order Relates To:<br><br>ALL ACTIONS | MDL No. 2796 CRB (JSC)<br><br>**PRETRIAL ORDER NO. 4: INITIAL AND RESPONSIVE PLEADING DEADLINES, INITIAL CASE STATUS CONFERENCE, AND REQUEST FOR PROPOSED PROTOCOL FOR COMMON BENEFIT WORK AND EXPENSES** |

In Pretrial Order No. 3, the Court appointed Plaintiffs' Lead Counsel and the Plaintiffs' Steering Committee. (Dkt. No. 223.) With these appointments made, the Court now sets deadlines for the filing of initial and responsive pleadings in this MDL, schedules an initial case status conference, and requests that Plaintiffs' Lead Counsel submit a proposed protocol for common benefit work and expenses.

1. **Initial and Responsive Pleading Deadlines**

Mr. Simon, as Co-Lead Counsel, shall file a consolidated class action complaint on behalf of an Indirect Purchaser Putative Class; Mr. Burns, as Co-Lead Counsel, shall file a consolidated class action complaint on behalf of a Direct Purchaser Putative Class; both consolidated class action complaints shall be filed on or before **Thursday, March 15, 2018**.

Defendants shall answer, move to dismiss, or otherwise respond to the consolidated class action complaints on or before **Thursday, May 17, 2018**. Unless the Court orders otherwise pursuant to a party's request made prior to the due date, briefs or memoranda of points and authorities shall comply with the page limitations and other requirements set forth in Civil Local Rule 7.

2. **Initial Case Status Conference and Conference Agenda**

The Court will conduct an initial case status conference on **Thursday, April 5, 2018 at 10:00 a.m.** in Courtroom No. 6, 17th Floor, 450 Golden Gate Avenue, San Francisco, California. Plaintiffs' Lead Counsel and lead counsel for each Defendant are required to appear in person at the conference. On or before **Friday, March 30, 2018**, Plaintiffs' Lead Counsel and lead counsel for each Defendant shall submit a joint written statement. The joint statement shall advise the Court as to the status of all litigation pending in this MDL, address the nature and potential dimensions of the litigation, highlight the major procedural and substantive problems likely to be encountered, and advise the Court of the steps the parties have taken to preserve relevant evidence, including electronically stored information. Plaintiffs' Lead Counsel and lead counsel for each Defendant shall be prepared at the April 5, 2018 conference to answer questions from the Court regarding written submissions, litigation status, and evidence preservation.

3. **Listening Live to the April 5, 2018 Initial Case Status Conference**

Consistent with Federal Rule of Civil Procedure 1, which commands that courts and parties construe, administer, and employ the Rules "to secure the just, speedy, and inexpensive determination of every action and proceeding," counsel, other than Plaintiffs' Lead Counsel and lead counsel for each Defendant, may listen to the April 5, 2018 initial case status conference through CourtCall and thus need not incur the expense and burden of attending this conference in person. Access to the conference may be arranged by calling CourtCall at (866) 582-6878 not later than 3:00 p.m. on April 4, 2018. CourtCall participants may only listen to the proceedings.

4. **Submission of a Proposed Protocol for Common Benefit Work and Expenses**

On or before **Friday, January 19, 2018**, Plaintiffs' Lead Counsel shall submit a proposed pretrial order with a proposed protocol for common benefit work and expenses. The proposed protocol shall set specific guidelines and rules for work done and expenses incurred for the common benefit of all Plaintiffs in this MDL. As an example of the level of detail that is requested, Plaintiffs' Lead Counsel are encouraged to review Pretrial Order No. 11 (Dkt. No. 1254) in *In re: Volkswagen "Clean Diesel" Marketing, Sales Practices, and Products Liability Litigation*, Case No. 3:15-md-02672-CRB (JSC) (N.D. Cal.).

**IT IS SO ORDERED.**

Dated: December 20, 2017

CHARLES R. BREYER
United States District Judge