| | |
|---|---|
| 1 | LATHAM & WATKINS LLP |
| 2 |    Daniel M. Wall (Bar No. 102580)<br>   Belinda S Lee (Bar No. 199635) |
| 3 |    Elizabeth H. Yandell (Bar No. 301725) |
| | 505 Montgomery Street, Suite 2000 |
| 4 | San Francisco, CA 94111-6538 |
| | Telephone: +1.415.391.0600 |
| 5 | Facsimile: +1.415.395.8095 |
| | Email: *Dan.Wall@lw.com* |
| 6 |       *Belinda.Lee@lw.com* |
| 7 |       *Elizabeth.Yandell@lw.com* |
| 8 |    Michael Lacovara (Bar No. 209279) |
| | 885 Third Avenue |
| 9 | New York, NY 10022-4834 |
| | Telephone: +1.212.906-1200 |
| 10 | Facsimile: +1.212.751-4864 |
| 11 | Email: *Michael.Lacovara@lw.com* |
| 12 | *Attorneys for Defendants* |
| | *BMW AG, BMW of North America, LLC,* |
| 13 | *and BMW (US) Holding Corp.* |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: GERMAN AUTOMOTIVE MANUFACTURERS ANTITRUST LITIGATION | Case No. 3:17-MD-2796-CRB<br>MDL No. 2796 |
| This document relates to All Actions | **NOTICE OF APPEARANCE** |

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that the undersigned hereby appears as counsel of record in the above-captioned cases on behalf of Defendants Bayerische Motoren Werke Aktiengesellschaft ("BMW AG"), BMW of North America, LLC ("BMW NA"), and BMW (US) Holding Corporation and requests that all notices, orders, and/or other information in these cases be served upon the individual identified below:

> Elizabeth H. Yandell
> LATHAM & WATKINS LLP
> 505 Montgomery Street, Suite 2000
> San Francisco, CA 94111
> Telephone: 415.391.0600
> Facsimile: 415.395.8095
> Email: elizabeth.yandell@lw.com

Dated: May 17, 2018         LATHAM & WATKINS LLP

                            By: */s/ Elizabeth H. Yandell*
                                Elizabeth H. Yandell

                            *Attorney for Defendants*
                            *BMW AG, BMW NA, and*
                            *BMW (US) Holding Corp.*