# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

## Form 1. Notice of Appeal from a Judgment or Order of a United States District Court

| | |
|---|---|
| Name of U.S. District Court: | Northern District of California |
| U.S. District Court case number: | Case No. 3:17-md-02796-CRB |
| Date case was first filed in U.S. District Court: | 10/05/2017 |
| Date of judgment or order you are appealing: | 10/23/2020 |

Fee paid for appeal? *(appeal fees are paid at the U.S. District Court)*

⦿ Yes  ○ No  ○ IFP was granted by U.S. District Court

**List all Appellants** *(List **each** party filing the appeal. Do not use "et al." or other abbreviations.)*

Audubon Imports, LLC, d/b/a Mercedes Benz of Baton Rouge, Autohaus Acquisition, Inc., Estate Motors, Inc., Powders Automobiles, Inc., f/k/a Powders Volkswagen, Inc. and Powders Volkswagen Audi, Inc., Team Imports LLC d/b/a Team Audi and Team VW, Tom Schmidt, cont. on attachment

Is this a cross-appeal?  ○ Yes  ⦿ No

If Yes, what is the first appeal case number?

Was there a previous appeal in this case?  ○ Yes  ⦿ No

If Yes, what is the prior appeal case number?

Your mailing address:

900 Jackson Street

Suite 500

City: Dallas    State: TX    Zip Code: 75202

Prisoner Inmate or A Number (if applicable):

**Signature**  /s/ Warren T. Burns    **Date**  Oct 26, 2020

*Complete and file with the attached representation statement in the U.S. District Court*

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 1**    Rev. 12/01/2018

# **ATTACHMENT**

**Appellants**

Continuation from Form 1

Wyoming Valley Motors, Inc. d/b/a Wyoming Valley BMW, and
Bronsberg & Hughes Pontiac, Inc. d/b/a Porsche Wyoming Valley, individually and on behalf of all others similarly situated,