UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

Form 6. Representation Statement

*Instructions for this form: http://www.ca9.uscourts.gov/forms/form06instructions.pdf*

**Appellant(s)** *(List **each** party filing the appeal, do not use "et al." or other abbreviations.)*

Name(s) of party/parties:
| See Attachment |

Name(s) of counsel (if any):
| Warren T. Burns, see attachment for complete list of counsel. |

Address: 900 Jackson Street, Suite 500, Dallas, Texas 75202
Telephone number(s): 469-904-4550
Email(s): wburns@burnscharest.com

Is counsel registered for Electronic Filing in the 9th Circuit?   ● Yes   ○ No

**Appellee(s)** *(List only the names of parties and counsel who will oppose you on appeal. List separately represented parties separately.)*

Name(s) of party/parties:
| See Attachment |

Name(s) of counsel (if any):
| See Attachment |

Address:
Telephone number(s):
Email(s):

*To list additional parties and/or counsel, use next page.*

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 6**                                       1                                    Rev. 12/01/2018

# REPRESENTATION STATEMENT ATTACHMENT

### Appellants

**Audubon Imports, LLC, d/b/a Mercedes Benz of Baton Rouge,**
**Autohaus Acquisition, Inc.,**
**Estate Motors, Inc.,**
**Powders Automobiles, Inc., f/k/a Powders Volkswagen, Inc., and Powders Volkswagen Audi, Inc.,**
**Team Imports, LLC d/b/a Team Audi and Team VW,**
**Tom Schmidt,**
**Wyoming Valley Motors, Inc. d/b/a Wyoming Valley BMW, and**
**Bronsberg & Hughes Pontiac, Inc. d/b/a Porsche Wyoming Valley, individually and on behalf of all others similarly situated,**

### Counsel for Appellants

Warren T. Burns
wburns@burnscharest.com
Will Thompson
wthompson@burnscharest.com
BURNS CHAREST, LLP
900 Jackson Street, Suite 500
Dallas, TX 75202
Tel: (469) 904-4550 / Fax: (469) 444-5002

James R. Martin
Jennifer Duncan Hackett
ZELLE LLP
1775 Pennsylvania Avenue, NW, Suite 375
Washington, D.C. 20006
Tel: 202-899-4100
E-mail: jmartin@zelle.com
E-mail: jhackett@zelle.com

Jonathan R. MacBride
ZELLE LLP
401 Plymouth Road, Suite 120 Plymouth Meeting, PA 19462
Tel: 484-532-5330
E-mail: jmacbride@zelle.com

Christopher T. Micheletti
Judith A. Zahid
Qianwei Fu
ZELLE LLP

44 Montgomery Street, Suite 3400 San Francisco, CA 94104
Tel: 415-693-0700
E-mail: cmicheletti@zelle.com
E-mail: jzahid@zelle.com
E-mail: qfu@zelle.com

Jeffrey M. Scafaria, Esq.
SCAFARIA LAW
2000 Market Street, Suite 1440
Philadelphia, PA 19103
215-800-1083
E-mail: Jeff@ScafariaLaw.com

Dennis M. George
ARANGIO GEORGE, LLP
2000 Market Street, Suite 1440
Philadelphia, PA 19103
Tel: 215-567-1999
E-mail: dgeorge@arangiogeorge.com

Eric L. Chase
Ronald J. Campione
BRESSLER, AMERY & ROSS, P.C.
325 Columbia Turnpike
Florham Park, New Jersey 07932
P.O. Box 1980
Morristown, New Jersey 07962
(973) 514-1200
echase@bressler.com
rcampione@bressler.com

Donald C. Klawiter, Esq.
KLAWITER PLLC
2101 L Street, NW, Suite 800
Washington, DC 20017
(202) 468-5222
don@klawiterpllc.com

William A. Kershaw, Esq.
Ian J. Barlow, Esq.
KERSHAW, COOK & TALLEY, P.C. 401 Watt Avenue
Sacramento, CA 95864
(916) 779-7000
bill@kctlegal.com
ian@kctlegal.com

Thomas P. Thrash
THRASH LAW FIRM, P.A.
1101 Garland Street
Little Rock, AR 72201
Tel: (501) 374-1058
Fax: (501) 374-2222
tomthrash@thrashlawfirmpa.com

Isaac L. Diel
SHARP LAW LLP
Financial Plaza
6900 College Blvd, Suite 285
Overland Park, Kansas 66211
Tel: (913) 661-9931
Fax: (913) 661-9935
Email: idiel@midwest-law.com

Charles D. Gabriel
CHALMERS & ADAMS, LLC
North Fulton Satellite Office
5755 North Point Parkway,
Suite 96 Alpharetta, Georgia 30022
Tel: (678) 735-5903
Fax: (678) 735-5905
cdgabriel@cpblawgroup.com

Larry D. Lahman
MITCHELL DECLERCK
202 West Broadway Avenue
Enid, OK 73701
Tel: (580) 234-5144
Fax: (580) 234-8890
larry.lahman@sbcglobal.net

Stephen B. Murray, Sr.
Stephen B. Murray, Jr.
MURRAY LAW FIRM
650 Poydras Street, Suite 2150
New Orleans, Louisiana 70130
Tel: (504) 525-8100
Fax: (504) 584-5249
smurray@murray-lawfirm.com
smurrayjr@murray-lawfirm.com

Michelle A. Parfitt
ASHCRAFT & GEREL, LLP

Ashcraft & Gerel, LLP
1825 K Street NW, Suite 700
Washington, DC 20006
Office: 202.783.6400
Mobile: 202.669.0032
Fax: 202.416.6392
Mparfitt@ashcraftlaw.com

**Appellees**

**Bayerische Motoren Werke Aktiengesellschaft (BMW AG),**
**BMW(US) Holding Corp.,**
**BMW of North America, LLC,**

**Counsel for BMW Appellees**

Daniel M. Wall (Bar No. 102580)
Belinda S Lee (Bar No. 199635)
Alicia R. Jovais (Bar. No. 296172)
Elizabeth H. Yandell
505 Montgomery Street, Suite 2000
San Francisco, CA 94111-6538
Telephone: +1.415.391.0600
Facsimile: +1.415.395.8095
Email: Dan.Wall@lw.com
Belinda.Lee@lw.com
Alicia.Jovais@lw.com
Elizabeth.Yandell@lw.com

Michael Lacovara (Bar No. 209279)
885 Third Avenue
New York, NY 10022-4834
Telephone: +1.212.906-1200
Facsimile: +1.212.751-4864
Email: Michael.Lacovara@lw.com


**Volkswagen AG,**
**Volkswagen Group of America, Inc. d/b/a Volkswagen of America, Inc.**
**Audi of America, Inc.,**
**Audi Aktiengesellschaft (Audi AG),**
**Audi of America, LLC,**
**Dr. Ing. h.c. F. Porsche AG,**
**Porsche Cars of North America, Inc.,**

**Counsel for Volkswagen Appellees**

Sharon L. Nelles (pro hac vice)
Steven L. Holley (pro hac vice)
Suhana S. Han (pro hac vice)
125 Broad Street
New York, NY 10004
Tel: 212-558-4000
Fax: 212-558-3588
Email: nelless@sullcrom.com
holleys@sullcrom.com
hans@sullcrom.com

Amanda F. Davidoff (pro hac vice)
Samantha F. Hynes (pro hac vice)
1700 New York Avenue, NW
Washington, D.C. 20006
Tel: 202-956-7500
Fax: 202-293-6330
Email: davidoffa@sullcrom.com
hyness@sullcrom.com

**Daimler Aktiengesellschaft (Daimler AG),**
**Daimler North America Corporation,**
**Mercedes-Benz U.S. International, Inc.,**
**Mercedes-Benz Vans, LLC,**
**Mercedes-Benz USA, LLC**

**Counsel for Daimler and Mercedes-Benz Appellees**

Shon Morgan (Bar No. 187736)
Adam Bryan Wolfson (Bar No. 262125)
Kevin Y. Teruya (Bar No. 235916)
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017-2543
Tel: 213-443-3000
Fax: 213-443-3100
Email: shonmorgan@quinnemanuel.com
adamwolfson@quinnemanuel.com
kevinteruya@quinnemanuel.com

Richard I. Werder, Jr. (pro hac vice)
Josef Teboho Ansorge (pro hac vice)
51 Madison Avenue, 22nd Floor
New York, NY 10010
Tel: 212-849-7000

Fax: 212-849-7100
Email: rickwerder@quinnemanuel.com
josefansorge@quinnemanuel.com

Eric J. Knapp (Bar No. 214352)
Troy Masami Yoshino (Bar No. 197850)  2
SQUIRE PATTON BOGGS (US) LLP
75 Battery Street, Suite 2600
San Francisco, CA 94111
Tel: 415-954-0200
Fax: 415-393-9887
Email: Eric.Knapp@squirepb.com
troy.yoshino@squirepb.com